PROB 12C
36893

UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

Motion for Revocation on Offender Under Probation Supervision
Summons Requested

| | | | |
|---|---|---|---|
| Name of Offender: | Joey Peyton Finney | Case Number: | 7:09-M-1094-1 |
| Name of Sentencing Judge: | Honorable Robert B. Jones, Jr. | | |
| Date of Original Sentence: | August 12, 2009 | | |
| Original Offense: | Possession of Marijuana, 21 U.S.C. §844 | | |
| Original Sentence: | 12 month term of probation under the provisions of 18 U.S.C. §3607 | | |
| Type of Supervision: | Probation | Supervision Started: | August 12, 2009 |
| Defense Attorney: | Waived | | |

## PETITIONING THE COURT

Violation 1 - <u>Criminal conduct.</u>

Finney was arrested by the Maysville, NC Police Department on June 9, 2010, and charged with Simple Possession of Marijuana, Expired Vehicle Registration, Expired Vehicle Inspection and Unsafe Tires. Finney was released that same evening under a $500 secured bond. The probationer's next appearance in Jones County District Court is scheduled for September 3, 2010. Finney failed to report the aforementioned arrest to the undersigned officer and same was discovered during a record check conducted just prior to his scheduled supervision expiration. Upon confrontation by this officer, Finney advised the marijuana charge was unfounded and indicated he would be vindicated upon adjudication by the state court.

In view thereof, we respectfully petition the court for the issuance of a summons and recommend that the term of supervision be revoked.

This the 10th day of August, 2010.

/s/ Dennis E. Albertson
Senior U.S. Probation Officer
413 Middle Street, Room 108
New Bern, NC 28560-4930
Phone: (252) 638-4944
Executed On: August 10, 2010

---

THE COURT ORDERS:

☑ ORDER ISSUANCE OF A SUMMONS
☐ OTHER:

Robert B. Jones, Jr.
U.S. Magistrate Judge

10 August 2010
Date