UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division
Docket No. 7:09-M-1094-1

| United States Of America | ) | |
|---|---|---|
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Joey Peyton Finney | ) | |

Comes Dennis E. Albertson, Senior U.S. Probation Officer, who shows the court that Joey Peyton Finney appeared before the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, at Wilmington, North Carolina, on August 12, 2009, and upon a plea of guilty to Possession of Marijuana, in violation of 21 U.S.C., §844a, was placed on probation for a period of 12 months pursuant to the provisions of 18 U.S.C. §3607.

A Motion for Revocation was filed on August 10, 2010 alleging that the defendant had violated the conditions of probation by engaging in criminal conduct, to wit, on June 9, 2010, the defendant was arrested by the Maysville, NC, Police Department and charged with Simple Possession of Marijuana, Expired Vehicle Registration, Expired Vehicle Inspection and Unsafe Tires.

On September 10, 2010, each of the aforementioned charges were voluntarily dismissed by the Jones County District Attorney.

It now appears that the ends of justice would best be served by withdrawing the Motion for Revocation filed on August 10, 2010, and discharging the defendant from further supervision.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Motion for Revocation filed on August 10, 2010, be withdrawn.

This the 21 day of September, 2010.

Robert B. Jones, Jr.
U.S. Magistrate Judge