UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Docket No. 7:09-M-1094-1
Southern Division

| United States Of America | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| JOEY PEYTON FINNEY | ) | |

Joey Peyton Finney appeared before the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, sitting in the court at Wilmington, North Carolina, and entered a plea of guilty to 21 U.S.C. §844(a). The court, with the expressed consent of the defendant, placed the defendant on probation for a period of 12 months, pursuant to 18 U.S.C. §3607, without entering a judgment of conviction.

The court finds as a fact that Finney has complied with the terms of the probation order and no violations have occurred.

The court, pursuant to 18 U.S.C. §3607(a), hereby discharges the defendant from probation and dismisses those proceedings under which probation had been ordered.

This the 21 day of September, 2010.

Robert B. Jones, Jr.
U.S. Magistrate Judge